**Victor L. PADILLA, Plaintiff–Appellant,**

v.

**Roy O. PRIEST; Braddock W. Reynolds Ltd. Partnership, Defendants–Appellees.**

No. 13–2286.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 19, 2014.

Decided: Feb. 26, 2014.

Victor L. Padilla, Appellant Pro Se. Michael Jay Weiser, Alexandria, Virginia, for Appellees.

Before MOTZ, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor L. Padilla appeals the district court's order dismissing Padilla's civil case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Padilla v. Priest,* No. 1:13–cv–00888–GBL–TCB (E.D.Va. Oct. 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*